UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc. | ) |
| | ) **Case No.: 1:19-cv-** |
| Plaintiff, | ) **(Copyright)** |
| vs. | ) |
| | ) **DECLARATION OF STEPHANIE** |
| DOE 1 dba YTS, et al. | ) **KESSNER** |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF STEPHANIE KESSNER

Stephanie Kessner hereby declares under penalty of laws of the United States that the following is true and correct.

1. I am over 18 years of age and a resident of Kailua Kona, Hawaii.

2. I work with Culpepper IP, LLLC as a paralegal/legal assistant.

3. The below image accurately reflects how the website http://yts.lt appeared on July 19, 2019 with the exception of the redaction of a portion of the Internet Protocol ("IP") address. The website included a promotion for a Virtual Private Network ("VPN") service that included an accurate description of the IP address of my current location, the web browser, the computer and monitor used to view the website.



4.      The webbrower includes in Add-On to block trackers generated by websites. The Add-On was checked to see if Cookies for Advertisements were being generated by the website. The screenshot below is an accurately shows the information displayed by the Add-On on July 19, 2019 which shows that a tracker was blocked from the website.



5. The below image accurately reflects how the website https://yts.lt/blog/yts-ag-yify-registrations-are-open appeared on July 19, 2019.



6. The below image accurately reflects how a portion of the website https://www.domreg.lt/en/services/whois/?search=yts.lt appeared on July 19, 2019.

## SEARCHING FOR THE DOMAIN IN WHOIS

[ yts.lt ]   **CHECK**

### Domain information

| | |
|---|---|
| Domain | yts.lt |
| Status | Registered |
| Created | 2018-07-20 19:13:37 |
| Expires | 2019-07-21 23:59:59 |
| Updated | 2019-04-11 19:34:46 |

### Registrant information

| | |
|---|---|
| Organization | TechModo Limited |
| Address | 85 Great Portland Street, First Floor, London, W1W 7LT, gb |
| Phone | +44.2071129167 |
| Email | 13bb5b1fccd2e60880654bd8fd2b6be7-8893542@contact.gandi.net |

### Technical contact

| | |
|---|---|
| Organization | TechModo Limited |
| Address | 85 Great Portland Street, First Floor, London, W1W 7LT, gb |
| Email | 13bb5b1fccd2e60880654bd8fd2b6be7-8893542@contact.gandi.net |
| Phone | +44.2071129167 |

### Registrar

| | |
|---|---|
| Organization | Gandi Sas |
| Website | http://www.gandi.net/ |
| Email | reg.lt-admin@gandi.net |

### DNS servers

eric.ns.cloudflare.com
erin.ns.cloudflare.com

//

//

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua Kona, Hawaii, July 19, 2019.

_____
Stephanie Kessner