cc: KJM

Case # 1:19-00389 ACK-KJM ORIGINAL

I, Jessica Beltran, object to Charter Communications to release any of my personal information to HB Productions. I have not downloaded Hellboy II.

*[Signature]*
12 Sept 19

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 1 2 2019
at 10 o'clock and 31 min. A M
SUE BEITIA, CLERK   ES