

Charter Communications, Inc., Legal Department
12405 Powerscourt Drive, St. Louis, Missouri 63131
F: (314) 909-0609

August 30, 2019

JESSICA BELTRAN
2123 PAUKUWAHO PL
WAHIAWA, HI 96786-7000

Refer to the attached documentation for further information regarding the request
**OBJECTION DEADLINE:** <u>October 1, 2019 at 4:00 pm CST</u>

**Charter Case Number:** 87042
**Your ID Number:** 98.155.114.237

Dear Sir or Madam:

Charter has received a court order in which Charter is required to provide certain information about your Spectrum Internet Account ("Account") to the Plaintiff in the case pursuant to copyright infringement claims. Charter records indicate that the IP address listed on the attached request was assigned to your Account at the specified date and time.

Since the Court has issued an order (attached for your review) requesting Charter to disclose this information, we are required to comply <u>**unless you formally oppose disclosure in the Court by the objection deadline stated above.**</u>

Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

Once an objection has been filed with the court it is your responsibility to forward a copy of the objection to us, providing our **Charter case number and your DOE number, or address** by fax to <u>(314) 909-0609 Attention: LEROC Paralegal- Copyright Infringement</u>, or by e-mail to leroc @charter.com. If your correspondence does not provide the identifying information necessary to link the objection to you, <u>**CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**</u>

Please note that the objection deadline provided in this letter and the due date on the court order may not coincide as Charter may have been granted an extension to fulfill its obligations under this court order. Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requesting attorney directly. If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs or the named accountholder may call customer service to discuss any specific account issues.

Sincerely,

**Charter Communications, Inc.**
Enclosures

**Charter**
COMMUNICATIONS

Charter Communications, Inc., Legal Department
12405 Powerscourt Drive, St. Louis, Missouri 63131
F: (314) 909-0609

## FREQUENTLY ASKED QUESTIONS

**Q: Why did I receive this letter?**
A: Charter received a court order related to the Court Case described below. As part of the legal request, the Plaintiff sent Charter a list of IP addresses that allegedly downloaded and/or distributed Copyrighted Work on a specific date and time. An IP address on that list was associated with the equipment, as identified by the records held by Charter in the normal course of business, assigned to your Charter internet account. Due to this association, Charter is required to disclose your Identifying Information pursuant to the court order.

**Q: Who can I contact at Charter if I have questions regarding this notice?**
A: If you have any questions regarding your Account, Charter's policies or this correspondence, you should review the attached FAQs and the named accountholder may call Charter's Customer service to discuss security concerns.

**Q: What is this Court Case about?**
A: This notice relates solely to **a civil lawsuit, not a criminal investigation**, and failure on your part to respond or object could result in a judgement against you including monetary damages. The Plaintiff has filed a lawsuit alleging that certain persons have infringed their copyrights by downloading and/or distributing the Copyrighted Work and has issued subpoenas to learn the identities of these persons. However, the Plaintiff does not know the actual identities of these persons; only the Internet Protocol address ("IP address") of the internet account associated with the alleged activity is currently known. If the Plaintiff receives your Identifying Information, you will likely be added as a named defendant to the lawsuit.

**Q: Can Charter give me legal advice and/or object to this subpoena on my behalf?**
A: **NO.** This notice does not provide legal advice and Charter cannot advise you on what grounds exist, if any, to object to this subpoena. If you would like legal advice you should consult your own attorney. You can seek legal assistance from several sources, such as private attorneys, community legal aid organizations, bar association referral services, legal clinics at universities, and advocacy groups specializing in making such objections.

**Q: Has Charter disclosed my name and contact information to the Plaintiff yet?**
A: **NO**. Your Identifying Information has not been disclosed yet. However, it will be disclosed unless you object to the subpoena by following the steps outlined below before the objection deadline stated in the letter.

**Q: What must I do if I do not want my Identifying Information disclosed to the Plaintiff?**
A: If you do not want your information disclosed, you must object directly to the court identified in the order and subpoena by the objection deadline stated in the letter. It is also your responsibility to notify Charter by sending a copy of this objection to the attention of "LEROC Paralegal- Copyright Infringement" via fax to 314-909-0609. Please clearly indicate in your copy to Charter (1) that your objection was made to the court and (2) provide your name and address or a copy of the letter, even if your objection to the court is anonymous. **Without this information Charter cannot withhold disclosure of your information.** If you object to the subpoena directly to the court, your Identifying Information will not be disclosed until the court rules on your motion. Please note that an objection made solely to Charter is insufficient; it must be made to the court.
In summary, to prevent the disclosure of your Identifying Information, the following steps must be taken:
1. You must object to the subpoena directly to the court before the objection deadline.
2. You must notify Charter and send a copy of this objection to the court before the objection deadline. This copy should be sent by fax to 314-909-0609 to the attention of "LEROC Paralegal- Copyright Infringement" and must (1) clearly indicate that your objection was made to the court and (2) provide your name and address or a copy of the letter, even if your objection to the court is anonymous.
3. Remember that objections **must** be made to the court; objections made solely to Charter will **not** prevent the disclosure of your Identifying Information.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| HB Productions, Inc. *Plaintiff* <br> v. <br> JOHN DOE dba YTS, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 19-00389 ACK-KJM |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Charter Communications dba Spectrum

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Subscriber identification information (the name and address of each subscriber) associated with the IP addresses on the dates indicated in attached Exhibit 1

| Place: Kerry S. Culpepper <br> 75-170 Hualalai Road, Suite B204 <br> Kailua Kona, HI 96740 | Date and Time: <br> 11/08/2019 9:14 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/19/2019

*CLERK OF COURT*

OR

_____     /s/ Kerry S. Culpepper
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
HB Productions, Inc._____, who issues or requests this subpoena, are:
Kerry S. Culpepper, 75-170 Hualalai Rd., #B204, Kailua-Kona, HI 96740, kculpepper@culpepperip.com, 808-464-4047

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 19-00389 ACK-KJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: