CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>JOHN DOE dba YTS et. al. <br><br>　　　　　Defendants. | Case No.: 1:19-cv-389-ACK-KJM <br>**(Copyright)** <br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT DOE 19 WITH PREJUDICE |

PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT DOE 19 WITH PREJUDICE

Plaintiff provides notice of its voluntary dismissal under Rule 41(a) of Defendant Doe 19 (IP address 66.75.112.96 as shown in Exhibit 1 [Doc. #1-1]) with prejudice. This dismissal is pursuant to Rule 41(a)(1)(A)(i). Note that this action does not terminate the matter.

DATED: Kailua-Kona, Hawaii, September 20, 2019.

CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.