ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
SEP 20 2019
at 4 o'clock and 26 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| HB Productions, Inc., | Civil No. 19-00389 ACK-KJM |
| Plaintiff, | IP ADRESS 98.155.128.28 |
| vs. | DEFENDANT'S OBJECTION TO SUBPOENA |
| KENNETH EVANS | CHARTER CASE NUMBER: 87042 |
| Defendant. | FILED UNDER SEAL |

RECEIVED BY MAIL

## OBJECTION TO SUBPOENA FOR INFORMATION DISCLOSURE

I am officially submitting this objection to notify the United States District Court for the District of Hawaii that I object to the subpoena for information disclosure, and request that the subpoena be quashed. To maintain my privacy, I file this objection under seal.

## BACKGROUND

My name is Kenneth Evans, and I am an active duty service member in the United States Navy. I received a letter from Charter Communications on 7 September 2019, stating that the plaintiff had filed a list of IP addresses with Spectrum for downloaded copyrighted material. In this letter, I was issued a subpoena, which requires information disclosure. The alleged copyrighted material is identified as "Hellboy." One or both of my children, ages 9 and 5, downloaded this movie for their personal use to watch. I have gone through their files and have deleted the movie. I do not want my minor children involved with any court proceedings. Therefore, to avoid this, I am filing this objection with the court.

## DISCUSSION

For the record, four individuals are residing within my residence, and we all use and share the same network. Two of those individuals, as stated above, are minors, and each

of them has a laptop. I try my very best to keep a close monitor of their internet activity; unfortunately, I unable to provide constant observation during my family's computer use. However, I request that the court, please refrain from having any litigations or civil lawsuits brought against my family and me. At the initial time of the download, I was not aware of the movie file in question.

## CONCLUSION

I am not trying to detract from the legality of this matter, but in hopes to satisfy the court and the plaintiff, I will implement the following action. I will rectify this situation by placing a restriction on their laptops, blocking all websites that allow for the use of torrents. In doing so, this will no longer be an issue and will eliminate the risk of downloading allegedly copyrighted material. However, once again, I am requesting that my personal information remains undisclosed from the plaintiff. Also, furthermore, I request that this subpoena be quashed. Thank you for your time, understanding and consideration.

*Kenneth Evans*
Kenneth Evans, pro se, on behalf of his
two minor children

### Certificate of Service

Copy of the objection was served upon my internet service provider, Charter Communications, by e-mail on 18 September 2019.

Charter Communications, Inc., Legal Department
12405 Powerscourt Drive, St. Louis, Missouri 63131

*Kenneth Evans*
Kenneth Evans