CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:  kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>JOHN DOE dba YTS et. al.<br><br>　　　　　Defendants. | **Case No.: 1:19-cv-389-ACK-KJM**<br>**(Copyright)**<br><br>RULE 55(a) REQUEST FOR CLERK TO ENTER DEFAULT AGAINST JOHN DOE dba YTS; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST
DEFENDANT JOHN DOE dba YTS

TO: CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Fed R. Civ. P. 55(a), Plaintiff HB Productions, Inc. ("Plaintiff") hereby applies for entry of default by the Clerk of the Court against Defendant JOHN DOE dba YTS (Senthil Vijay Segaran and Techmodo Limited). Senthil Vijay

20-018A 19-389

Segaran and Techmodo Limited are identified as JOHN DOE dba YTS in the Complaint. Defendant JOHN DOE dba YTS was effected service by personally delivering a copy of the Complaint and Summons to the agent of Techmodo Limited on September 4, 2019 [Doc. #21] and to Senthil Vijay Segaran on September 20, 2019 [Doc. #22] by mailing to his address of record. *See* Affidavit of Fergus Carson-Williams [Doc. #21-2].

Defendant JOHN DOE dba YTS (Senthil Vijay Segaran and Techmodo, Limited)'s responsive pleading was due on or before October 11, 2019. Defendant JOHN DOE dba YTS (Senthil Vijay Segaran and Techmodo, Limited) has failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default judgment on all claims plead in the Complaint with regards to Defendant JOHN DOE dba YTS (Senthil Vijay Segaran and Techmodo, Limited).

DATED: Kailua-Kona, Hawaii, October 16, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff

20-018A 19-389