CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.,<br><br>                    Plaintiff,<br>    vs.<br><br>JOHN DOE et. al.,<br><br>                    Defendants. | **Case No.: 1:19-cv-389-ACK-KJM**<br>**(Copyright)**<br><br>**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS 1-2** |

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COME NOW, Plaintiff HB Productions, Inc., by and through its counsel, moves for leave to amend the complaint. This motion is brought pursuant to Rule 15(a)(2) of the *Federal Rules of Civil Procedure* and based upon the attached Memorandum, Exhibits, Declaration of Counsel and the pleadings of this case.

DATED: Kailua-Kona, Hawaii, November 21, 2019.

CULPEPPER IP, LLLC


<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper

Attorney for Plaintiff