CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., | ) **Case No.: 1:19-cv-389-ACK-KJM** |
| | ) **(Copyright)** |
| Plaintiffs, | ) |
| vs. | ) **MEMORANDUM OF POINTS** |
| | ) **AND AUTHORITIES IN** |
| JOHN DOE et. al., | ) **SUPPORT OF PLAINTIFF'S** |
| | ) **MOTION FOR LEAVE TO FILE** |
| Defendants. | ) **FIRST AMENDED COMPLAINT** |
| | ) |
| | ) |
| | ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

## I.    BACKGROUND

Plaintiff HB Productions, Inc. ("Plaintiff") filed the Original Complaint [Doc. #1] on July 19, 2019 against Defendant JOHN DOE and DOES 1-19 ("Doe Defendants").  A Notice of Dismissal [Doc. #18] was filed on September 20, 2019

dismissing Doe 19 with prejudice.  Subsequent to filing the Complaint, Plaintiff determined the identities of the Doe Defendants.

## II.   LEGAL STANDARD

Federal Rule of Civil Procedure 15(a)(2) permits amendment of the pleadings with the court's leave, which the Court should give freely. *See* Fed. R. Civ. P. Rule 15(a)(2).  Courts consider bad faith, dilatory motive on the movant's part, undue delay, prejudice to the opposing party, and futility in reviewing a Plaintiff's request to amend the complaint under Rule 15(a).  *See In re Morris*, 363 F.3d 891, 894 (9th Cir. 2004).

## III.   ARGUMENT

The marked up version of the proposed First Amended Complaint ("FAC") is shown in Exhibit 1 and the clean version is shown in Exhibit 2.  There is no bad faith, dilatory motive or undue delay on Plaintiffs' part in seeking to file the FAC. Moreover, there is no prejudice to any Defendants since none have been properly served. The proposed FAC includes the actual identifications of the Doe Defendants and further details regarding the relationship between the YTS website and the users of the YTS website.   Accordingly, the FAC is not futile.

## IV.   CONCLUSION

Applying the liberal standard set forth in Federal Rule of Civil Procedure, the Court should grant Plaintiff's Motion for Leave to File the FAC because there

is no (i) undue delay, (ii) bad faith, (iii) dilatory motive or (iv) undue prejudice and the FAC is not futile.

DATED: Kailua-Kona, Hawaii, November 21, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff