UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.,<br><br>              Plaintiff,<br>vs.<br><br>JOHN DOE, et al.<br><br>              Defendants. | **Case No.: 1:19-cv-00389-LEK-KJM**<br>(Copyright)<br><br>**DECLARATION OF COUNSEL** |

### **DECLARATION OF COUNSEL**

KERRY S. CULPEPPER hereby declares under penalty of laws of the United States that the following is true and correct.

1. I am an attorney and represent the Plaintiff, I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiff's Motion for Leave to File the First Amended Complaint ("FAC") filed herewith.

2. I have attached the redlined marked up copy of the proposed FAC to this Motion as Exhibit 1 and the clean version of the proposed FAC as Exhibit "2" (exhibits and declarations excluded).

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, November 21, 2019.

20-013C  19-168

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper

Attorney for Plaintiff