CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>JOHN DOE et. al.,<br><br>　　　　　　Defendants. | **Case No.: 1:19-cv-389-ACK-KJM**<br>**(Copyright)**<br><br>**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; EXHIBIT 1** |

### SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**I.    BACKGROUND**

Plaintiff HB Productions, Inc. ("Plaintiff") filed a Motion for Leave to File a First Amended Complaint [Doc. #29] on Nov. 21, 2019.   Previously, on Nov. 20, 2019, the Court declined to review a proposed stipulated consent judgment between

Plaintiff and Senthil Segaran and Techmodo Limited. [Doc. # 28]. On December 4, 2019, the Court directed Plaintiff to file supplemental briefing addressing why granting Plaintiff leave to file an amended complaint against proposed defendants Techmodo Limited and Senthil Vijay Segaran is not futile for lack of personal jurisdiction.

## II.   ARGUMENT

Personal jurisdiction can be waived by Defendants per Rule 12(b). *See S.E.C. v. Blazon Corp.*, 609 F.2d 960, 965 (9th Cir. 1979) ("A defendant cannot waive his right to assert a lack of subject matter jurisdiction, but he can confer jurisdiction over his person upon a court otherwise lacking that jurisdiction by expressly consenting to it.").

Plaintiff and Techmodo Limited and Senthil Vijay Segaran entered into a proposed consent judgment in which Techmodo Limited and Senthil Vijay Segaran agree to the personal jurisdiction of this Court. *See* Exhibit "1". Indeed, if the proposed First Amended Complaint is entered, Plaintiffs will once again submit this proposed consent judgment for consideration which will terminate this case with respect to Techmodo Limited and Senthil Vijay Segaran if entered. Accordingly, the proposed First Amended Complaint is not futile.

## III.   CONCLUSION

Personal jurisdiction is appropriate and the proposed first amended complaint is not futile because Techmodo Limited and Senthil Vijay Segaran have expressly agreed to personal jurisdiction of this Court.

DATED: Kailua-Kona, Hawaii, December 4, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff