# MINUTE ORDER

CASE NUMBER: Civ. No. 19-00389-ACK-KJM

CASE NAME: <u>HB Productions, Inc. v. John Doe, et al.</u>

ATTYS FOR PLA: Kerry S. Culpepper

ATTYS FOR DEFT:

JUDGE: Alan C. Kay            REPORTER:

DATE: January 9, 2019         TIME:

**COURT ACTION:**

The Court is in receipt of (1) the Proposed Stipulated Consent Judgment Between Plaintiff and Defendant Senthil Vijay Segaran, sent December 24, 2019; and (2) the Joint Stipulation for Dismissal Between Plaintiff and Defendant Terry Thomas, sent January 2, 2020. Both proposed stipulations ask the Court to order that "Plaintiff has a valid and enforceable copyright." The Court has not reviewed the merits of the copyright, but the parties appear to agree as to the validity and enforceability. The language of the stipulations should be updated accordingly.

Further, the Joint Stipulation for Dismissal states it is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), but requests the Court order a money judgment. The document thus appears to be a stipulated judgment, not a Rule 41(a)(1) dismissal, and should be corrected as indicated.

IT IS SO ORDERED. (JUDGE ALAN C. KAY)