AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-389-ACK-KJM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **NOA LUM**
was received by me on *(date)* **January 7, 2020**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)*
**LESLIE LUM**, a person of suitable age and discretion who resides there,
on *(date)* **January 8, 2020** and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **7.77** for travel and $ **55.00** for services, for a total of $ **62.77**

I declare under penalty of perjury that this information is true.

Date: **January 8, 2020**   _____
                               *Server's signature*

**Dianthe K. Castillo**
*Printed name and title*

**11 Kaneelani Street, Hilo, HI 96720**
*Server's address*

Additional information regarding attempted service, etc: