CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Senthil Vijay Segaran, et al.<br><br>　　　　　　Defendants. | Case No.: 1:19-cv-389-ACK-KJM<br>**(Copyright)**<br><br>**ORDER AND STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFF HB PRODUCTIONS, INC. AND DEFENDANT SENTHIL VIJAY SEGARAN** |

**ORDER AND STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFF HB PRODUCTIONS, INC. AND DEFENDANT SENTHIL VIJAY SEGARAN**

As attested to by the signatures of Defendant SENTHIL VIJAY SEGARAN and counsel for the Plaintiff HB Productions, Inc. below, this matter comes before the Court on the parties' joint Stipulated Consent Judgment.

19-389

Plaintiff has filed a First Amended Complaint alleging that that Defendant SENTHIL VIJAY SEGARAN is liable for intentional inducement, contributory and direct copyright infringement per 17 U.S.C. §101 for distributing and promoting torrent files of Plaintiff's motion picture *Hellboy*.

The parties, after conferral and investigation, now appear, Defendant SENTHIL VIJAY SEGARAN *pro se*, and Plaintiff through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. The parties agree that the Court has jurisdiction over the parties and venue is proper.

2. The parties agree that Plaintiff has a valid and enforceable copyright in the original copyrighted work as identified in Exhibit "2" of the First Amended Complaint.

3. Defendant SENTHIL VIJAY SEGARAN acknowledges that he has received independent legal advice from counsel or have had the opportunity to seek advice from counsel, with respect to the facts and this Stipulated Consent Judgment.

4. Defendant SENTHIL VIJAY SEGARAN denies liability but acknowledges that he is Defendant JOHN DOE dba YTS identified in the original complaint and concedes that one or more third parties uploaded the torrent file of Plaintiff's motion picture to his website YTS.LT, and that the website provided links for distributing the torrent file under the file name "Hellboy (2019) [WEBRip] [1080p] [YTS.LT]".

5. Pursuant to stipulation of the parties, the below Money Judgment, Permanent Injunction and Order is to be entered against Defendant SENTHIL VIJAY SEGARAN.

## MONEY JUDGMENT

A Money Judgment is awarded in favor of Plaintiff HB Productions, Inc. against Defendant SENTHIL VIJAY SEGARAN in the amount of $150,000 (one hundred fifty thousand dollars) for damages.

## PERMANENT INJUNCTION

Defendant SENTHIL VIJAY SEGARAN is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion picture;

Defendant SENTHIL VIJAY SEGARAN is hereby PERMANENTLY ENJOINED from distributing and/or promoting torrent files of Plaintiff's motion picture.

This Court will retain jurisdiction until December 31, 2020 for the purposes of enforcing the Money Judgement, Permanent Injunction and Order.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant SENTHIL VIJAY SEGARAN.

DATED: Kailua-Kona, Hawaii, January 9, 2020.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff

DATED: London, England, January 10, 2020.

Defendant Senthil Vijay Segaran, appearing *pro se*

APPROVED AND SO ORDERED
DATED: Honolulu, Hawaii, January 23, 2020



_____
Alan C. Kay
Sr. United States District Judge

_____
*HB Productions Inc. v. Senthil Vijay Segaran, et al*; Case No. 1:19-cv-00389-ACK-KJM; *ORDER AND STIPULATED CONSENT JUDGMENT*

5