# MINUTE ORDER

CASE NUMBER: Civ. No. 19-00389-ACK-KJM

CASE NAME: HB Productions, Inc. v. John Doe, et al.

ATTYS FOR PLA: Kerry S. Culpepper

ATTYS FOR DEFT: Kenneth Evans, pro se

JUDGE: Alan C. Kay        REPORTER:

DATE: February 11, 2020    TIME:

**COURT ACTION:**

The Court is in receipt of the Proposed Stipulation for Dismissal with Prejudice of Defendant Kenneth Evans, sent January 7, 2020. The parties propose that the Court will retain jurisdiction to enforce a settlement agreement until April 30, 2021. Because the Court has not seen the settlement agreement, it declines to do so. If the parties wish for the Court to retain jurisdiction to enforce a settlement agreement, they should submit that settlement agreement to the Court for review.

IT IS SO ORDERED. (JUDGE ALAN C. KAY)