# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 19-00389-ACK-KJM |
| CASE NAME: | <u>HB Productions, Inc. v. John Doe, et al.</u> |
| ATTYS FOR PLA: | Kerry S. Culpepper |
| ATTYS FOR DEFT: | Kenneth Evans, pro se |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | February 14, 2020 | TIME: | |

**COURT ACTION:**

The Court is in receipt of the settlement agreement provided by Plaintiff's counsel Mr. Culpepper that the parties represent settles the action between Plaintiff HB Productions, Inc. and Defendant Kenneth Evans, sent February 11, 2020.  Pursuant to the Proposed Stipulation for Dismissal with Prejudice of Defendant Kenneth Evans, sent February 7, 2020, the parties propose that the Court will retain jurisdiction to enforce that settlement agreement until April 30, 2021.

The Court's review of the settlement agreement shows there are four entities party to the agreement that are not parties to the action before this Court.  The settlement agreement groups together Plaintiff and these four additional entities as "Owners," and orders Defendant Evans to make monthly payments to the "Owners" generally.  The Court does not have jurisdiction over these non-party entities.

For this reason, the Court declines to retain jurisdiction to enforce the settlement agreement and therefore does not approve the Proposed Stipulation for Dismissal containing the retention of jurisdiction.

IT IS SO ORDERED.  (JUDGE ALAN C. KAY)